SCAD-17-0000333

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

LORENE SYLVIA CHU SCHLEINDL,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 16-0-258)

ORDER OF TRANSFER TO INVOLUNTARY INACTIVE STATUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the April 7, 2017 petition filed by the Disciplinary Board of the Supreme Court of the State of Hawaiʻi, requesting this court to immediately transfer Respondent Lorene Sylvia Chu Schleindl to involuntary inactive status, pursuant to Rules 2.19(b) and (c) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), we conclude interim transfer to involuntary inactive status is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Schleindl is immediately transferred to involuntary inactive status in this jurisdiction, pursuant to RSCH Rule 2.19(c), effective with the

filing of this order. Respondent Schleindl shall remain on involuntary inactive status until further order of this court.

IT IS FURTHER ORDERED that, upon transfer of Respondent Schleindl to inactive status, the Office of Disciplinary Counsel shall suspend and hold in abeyance the investigation of complaints and the disciplinary proceedings to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that, while the docket in this matter remains confidential, pursuant to RSCH Rule 2.22(f), the clerk of the court shall classify this instant order as public.

IT IS FINALLY ORDERED that the Disciplinary Board shall publicize and transmit this order as required by RSCH Rules 2.19(d) and 2.19(e).

DATED: Honolulu, Hawaiʻi, May 1, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

